# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Young America's Foundation v. Stenger Docket No.: 26-2294

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mallory A. Campbell, Esq.

Firm: Bond, Schoeneck & King, PLLC

Address: 600 Third Avenue, 22nd Floor, New York, NY 10016

Telephone: 646-253-2339 Fax: 646-253-2301

E-mail: mcampbell@bsk.com

**Appearance for:** Brian Rose
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☑ Additional counsel (co-counsel with: Louis P. DiLorenzo/Bond, Schoeneck & King, PLLC)
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 05/02/2024 OR

☐ I applied for admission on .

Signature of Counsel: Mallory Campbell

Type or Print Name: Mallory A. Campbell